1022

David I. Podell, of New York City (Jacob J. Podell and Morris Gottlieb, both of New York City, of counsel), for creditor-appellant.

Louis H. Robinson, of New York City (Albert M. Lee and J. George Levy, both of New York City, of counsel), for bankrupt-appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order (14 F.Supp. 700) affirmed.

M. L. Igoe and Dwight' H. Green, U. S. Attys., and Heber T. Dotson, Asst. U. S. Atty., all of Chicago, Ill. (Brien McMahon and James M. Hoffa, Sp. Assts. to Atty. Gen., and W. A. Tarver, Chief Counsel, Taxes. & Penalties Unit, Department of Justice, of Washington, D. C., of counsel), for the United States.

H. L. Howard and William Greene, both of Chicago, Ill., for appellees.

PER CURIAM.

On consideration whereof, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed; and that this cause be, and the same is hereby, remanded to the District Court of the United States for the Northern District of Illinois, Eastern Division, pursuant to the foregoing stipulation.

In the Matter of Frank VAMOS, Bankrupt-Appellee.

David J. BONDY, Objecting Creditor-Appellant.

No. 377.

Circuit Court of Appeals, Second Circuit.

May 18, 1936.

VICTORIA PAPER MILLS COMPANY, Appellant, v. Guy T. HELVERING, Commissioner of Internal Revenue, Appellee.

No. 318.

Circuit Court of Appeals, Second Circuit.

May 11, 1936.

Robert J. Heberle, of New York City, for appellant.

Robert H. Jackson, Asst. Atty. Gen., and Sewall Key and F. E. Youngman, Sp. Assts. to Atty. Gen., for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

Irene B. WANNER and Guaranty Trust Company of New York, as Executors of the Last WILL and Testament of Charles Porter WILSON, Deceased, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 305.

Circuit Court of Appeals, Second Circuit.

June 1, 1936.